FILED

2025 Oct-29  PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| PRANAV MISHRA, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-01537-SGC |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER[1]

On September 30, 2025, the court entered a Memorandum Opinion and Order granting summary judgment in favor of the defendant, State Farm Fire & Casualty Company. (Doc. 28). The court further concluded that Count III of the plaintiffs' complaint was due to be dismissed because Alabama law does not recognize a cause of action for "Fictitious Parties," and the plaintiffs did not describe the fictitious parties with the detail necessary to serve those parties as required by *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010). (Doc. 28). Because the court's conclusion was based on grounds not raised by a party, the plaintiffs were given 14 days to object pursuant to Federal Rule of Civil Procedure 56(f)(2). (*Id.*). The

---

[1] The parties have unanimously consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 9).

plaintiffs were advised that if they failed to timely object, the court would dismiss Count III.

The objection period has passed, and the court has not received any objection, or any other communication, from the plaintiffs. Therefore, consistent with the court's September 30, 2025 Memorandum Opinion and Order, Count III – Fictitious Parties is **DISMISSED WITH PREJUDICE**.

A final judgment will be entered.

**DONE** this 29th day of October, 2025.

_Staci G. Cornelius_
STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE